John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 813252

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11088 | 005-0 | JAMES CRAIG SPEYRER<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH  43218- | xxxxxx1901 | 0.00 | 460.85 | 0.00 | 460.85 |
| 05-90362 | 102-0 | ALTON D DAVIS<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | x0688 | 364.98 | 75.04 | 0.00 | 75.04 |
| 05-90649 | 004-0 | DANIEL NORRIS CROSS<br>Original Check written to:<br>GREAK & ASSOCIATES, P.C.<br>1403 TURTLE CREEK DRIVE<br>LUFKIN, TX  75904 | xxxxxxxxxxxxxxxxROSS | 0.00 | 286.57 | 0.00 | 286.57 |
| 06-10388 | 009-0 | JIMMIE M. FOWLER, SR.<br>Original Check written to:<br>NEWTON COUNTY<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN<br>P.O. BOX 1269<br>ROUND ROCK, TX  78680- | xxxxx1910 | 0.00 | 1,120.66 | 44.84 | 1,165.50 |
| 06-10388 | 031-0 | JIMMIE M. FOWLER, SR.<br>Original Check written to:<br>NEWTON CAD<br>P O DRAWER X<br>NEWTON, TX  75966 | xxxxxxxx1910 | 0.00 | 786.95 | 176.67 | 963.62 |
| 07-10296 | 005-0 | BILLY DAN LANGSTON<br>Original Check written to:<br>WASHINGTON MUTUAL<br>P O BOX 44090<br>JACKSONVILLE, FL  32231-4090 | 8115 | 0.00 | 1,694.35 | 381.24 | 2,075.59 |